[No. 51502-1-I. Division One. December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LESTER DANE
BLANTON II, *Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 02-1-00116-6, Vickie I. Churchill, J., entered
November 8, 2002. *Affirmed* by unpublished per curiam
opinion.

[No. 51541-1-I. Division One. December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH
NAPOLI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-05443-5, Anthony P. Wartnik, J., entered
October 24 and December 6, 2002. *Affirmed* by unpublished
opinion per Baker, J., concurred in by Ellington and Ap-
pelwick, JJ.

[No. 51599-3-I. Division One. December 29, 2003.]

*In the Matter of the Restoration of Firearm Rights of*
JEFFREY NELSON.

JEFFREY NELSON, *Appellant*, v. THE STATE OF WASHINGTON,
*Respondent*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 02-2-01564-2, Michael F. Moynihan,
J., entered December 5, 2002. *Reversed* by unpublished
opinion per Becker, C.J., concurred in by Appelwick and
Schindler, JJ. Now published at 120 Wn. App. 470.

[No. 51611-6-I. Division One. December 29, 2003.]

TOM BRAZIER, ET AL., *Appellants*, v. FAHIME ROSE IGHANI,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 01-2-08965-0, Gregory P. Canova, J., entered
December 3, 2002. *Affirmed* by unpublished per curiam
opinion.